McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. S-05-100 GEB |
|                          ) | |
|         Plaintiff,       ) | |
|                          ) | STIPULATION AND ORDER |
|                          ) | |
|                          ) | |
| TOMMY WILLIAMS,           ) | |
|                          ) | |
|         Defendant.       ) | |
| _____) | |

     Defendant Tommy Williams, through Michael B. Bigelow, Attorney
At Law, and the United States of America, through Assistant U.S.
Attorney Kenneth J. Melikian, request and agree that the
arraignment scheduled for April 21, 2006, be vacated.  The parties
further request and stipulate that the arraignment be placed on
the court's May 17, 2006, calendar.

     Defendant Williams lives in Tennessee.  His case is currently
scheduled for a status conference before the district court the
morning of May 19, 2006.  Mr. Bigelow and the defendant would
greatly prefer that the defendant be able to attend his
arraignment and his status conference with just one trip to
Sacramento as opposed to two trips.

///

                          1

1        For this reason, the parties request that the defendant's

2   arraignment be continued from April 21, 2006, to May 17, 2006, at

3   2:00 p.m.

4   DATED: April 19, 2006              Very truly yours,

5                                      McGREGOR W. SCOTT
                                       United States Attorney
6

7
                                  By: /s/ Kenneth J. Melikian
8                                      KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
9

10  DATED: April 19, 2006              /s/ Kenneth J. Melikian
                                       MICHAEL B. BIGELOW
11                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
12                                      per authorization by Michael B.
                                       Bigelow)
13

14       IT IS SO ORDERED.

15  DATED: April 19, 2006.

16

17       _____

18       DALE A. DROZD
         UNITED STATES MAGISTRATE JUDGE
19

20  Ddad1/orders.criminal/williams0100.ord

21

22

23

24

25

26

27

28

                                  2