**FILED**
December 22, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-05-0100-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TOMMY WILLIAMS, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TOMMY WILLIAMS, Case No. CR.S-05-0100-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   [X]   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $

         ___   Unsecured Appearance Bond

         ___   Appearance Bond with 10% Deposit

         ___   Appearance Bond with Surety

         ___   Corporate Surety Bail Bond

   _X_   (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 22, 2006 at 2:35 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge