**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Tommy Williams

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-05-100  GEB | |
| ) | | |
| Plaintiff ) | STIPULATTION AND ORDER | |
| ) | (PROPOSED) FOR CONTINUING | |
| v. ) | SENTENCING | |
| ) | | |
| TOMMY WILLIAMS ) | Date: June 1, 2007 | |
| ) | Time: 9:00 AM | |
| Defendant ) | Court: GEB | |
| ) | | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday, April 13, 2007, at 9:00 AM, for sentencing be rescheduled for June 1, 2007 at 9:00 AM for sentencing.

   This stipulation and agreement is entered into for the following reasons: Defendant is indigent and has no means to travel from his home in Memphis to Sacramento. Undersigned is making application to this Court under separate cover for travel authorization in order that he may be present for sentencing.

1  Assistant United States Attorney Ken Melikian agrees with
2  the above request.

3
4
5  **IT IS SO STIPULATED**
6
7
8  Dated: April 12, 2007        /S/ MICHAEL B. BIGELOW
                                Michael B. Bigelow
9                                Attorney for Defendant
10
11
12 Dated: April 12, 2007        /S/KEN MELIKIAN
                                Ken Melikian, AUSA
13
14 **IT IS SO ORDERED**
15
16 Dated:  April 12, 2007
17
18                              _____
                                GARLAND E. BURRELL, JR.
19                              United States District Judge

-2-