**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Tommy Williams

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-05-100  GEB | |
| ) | | |
| Plaintiff ) | AMENDED | |
| ) | STIPULATTION AND ORDER | |
| v. ) | (PROPOSED) FOR CONTINUING | |
| ) | SENTENCING | |
| TOMMY WILLIAMS ) | | |
| ) | Date: June 8, 2007 | |
| Defendant ) | Time: 9:00 AM | |
| ) | Court: GEB | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter be rescheduled for June 8, 2007 at 9:00 AM for sentencing.

   This stipulation and agreement is entered into for the following reasons: By stipulation the date to be scheduled for sentencing had been set for June 1, 2007. Due to an oversight, undersigned counsel will be unavailable on June 1, 2007 and so has requested the date for sentencing be rescheduled to June 8, 2007 at 9:00 AM.

   Undersigned counsel regrets any inconvenience his oversight may have caused.

-1-

1    Assistant United States Attorney Ken Melikian has stated no
2 object to the above request.
3
4
5    **IT IS SO STIPULATED**
6
7
8    Dated: April 17, 2007          /S/ MICHAEL B. BIGELOW
                                    Michael B. Bigelow
9                                   Attorney for Defendant
10
11
12   Dated: April 17, 2007          /S/KEN MELIKIAN
                                    Ken Melikian, AUSA
13
14 **IT IS SO ORDERED**
15
16 Dated:  May 24, 2007          _____
                                    GARLAND E. BURRELL, JR.
17                                  United States District Judge

-2-