**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Tommy Williams

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-05-100  GEB | |
| Plaintiff ) | STIPULATTION AND ORDER (PROPOSED) FOR CONTINUING SENTENCING | |
| v. ) | | |
| TOMMY WILLIAMS ) | Date: October 5, 2007 | |
| ) | Time: 9:00 AM | |
| Defendant ) | Court: GEB | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter be rescheduled for October 5, 2007 at 9:00 AM for sentencing. Sentencing is presently scheduled for September 7, 2007 at 9:00 AM.

This stipulation and agreement is entered into for the following reasons: Defendant is indigent and lives in Memphis, Tennessee with his family where he is presently on pre-trial supervision. Although defendant is now gainfully employed, his income is insufficient to provide transportation to Sacramento for sentencing and still meet his financial obligations to his

1 family. It had had been thought that he would be able to travel
2 on his own by this scheduled court date, but he I not able to do
3 so. Accordingly, the undersigned is making application to this
4 Court under separate cover for travel authorization in order
5 that defendant may be present for sentencing.
6     Assistant United States Attorney Ken Melikian is in
7 agreement with this request.

**IT IS SO STIPULATED**

```
     Dated: September 4, 2007        /S/ MICHAEL B. BIGELOW
                                     Michael B. Bigelow
                                     Attorney for Defendant



     Dated: September 4, 2007        /S/KEN MELIKIAN
                                     Ken Melikian, AUSA
```

**IT IS SO ORDERED**

September 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-