IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:05-cr-100-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TOMMY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 4, 2007, Defendant filed an application for "an Order for Transportation and subsistence allowance for defendant Tommy Williams to enable him to attend sentencing scheduled for October 5, 2007," pursuant to 18 U.S.C. § 4285.  Since Defendant has not shown he is entitled to the relief he seeks, his application is denied.

IT IS SO ORDERED.

Dated:  September 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1